

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Mack Gwen Jones, Appellant

No. 06-17-00016-CV        v.

Iliana Gonzalez Quiroga, Appellee

Appeal from the County Court of Titus County, Texas (Tr. Ct. No. C01990). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment by deleting $7,405.50 of the damage award and affirm the remainder of the trial court's judgment in the amount of $394.50, together with the costs awarded in, and the post-judgment interest at the rate and for the times defined in, the original judgment.  As modified, the judgment of the trial court is affirmed.

We further order that the appellee, Iliana Gonzalez Quiroga, pay all costs of this appeal.

RENDERED AUGUST 3, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk